UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Gillett L. Jones, | ) | CASE NO.  5:12CR84-001 |
| | ) | (5:16CV1373) |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| vs. | ) | |
| United States of America, | ) | <u>ORDER</u> |
| Respondent, | ) | |

Petitioner, Gillett L. Jones, filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence.  This case does not necessitate a case management conference as contemplated by Local Rule 16.3.  This case is hereby assigned to the administrative track as it is expected that this case may be resolved on the pleadings pursuant to 28 U.S.C. § 2255 and the Rules Governing Section 2255 Proceedings.   Upon consideration and pursuant to the Rules Governing 28 U.S.C. § 2255 proceedings in the United States District Court, the United States Attorney shall respond to the petition within twenty (20) days of the date of this Order in accordance with Rule 5 of the Rules governing this matter.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
Dated:    6/7/16         United States District Judge